# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TRINITY CHRISTIAN CENTER OF SANTA ANA, INC., a California Corporation; and INTERNATIONAL BROADCASTING, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH MCVEIGH, an individual; and TYMOTHY S. MACLEOD, an individual; and DOES 1 - 20 inclusive, <br><br> Defendant. | Case No. SACV13-01334 DOC (RNBx) <br><br> **[PROPOSED] FINAL JUDGMENT DISMISSING DEFENDANT TYMOTHY S. MACLEOD WITH PREJUDICE FROM THE ACTION AND AWARDING ATTORNEYS' FEES AND COSTS OF $38,189.68** <br><br> Judge: Hon. David O. Carter <br> Crtrm.: 9D, Santa Ana <br><br> Trial Date: None |

Having carefully considered the briefing and evidence submitted in support of and in opposition to Defendant Tymothy S. MacLeod's Motion to Dismiss Complaint and Special Motion to Strike Complaint Under California's Anti-SLAPP Statute, the Court, the Hon. David O. Carter Judge Presiding, granted both motions and ordered Defendant Tymothy S. MacLeod dismissed with prejudice from the action on October 31, 2013 (Dkt. 34). Thereafter, having carefully considered the briefing and evidence submitted in support of and in opposition to Defendant Tymothy S. MacLeod's Motion for Attorneys' Fees Pursuant to California Code of Civil Procedure Section 425.16(C), the Court, the Hon. David O. Carter Judge

[PROPOSED] FINAL JUDGMENT DISMISSING DEFENDANT TYMOTHY S. MACLEOD WITH PREJUDICE FROM THE ACTION AND AWARDING ATTORNEYS' FEE.doc

SACV13-01334 DOC (RNBx)

FINAL JUDGMENT

Presiding, granted the motion and awarded Defendant Tymothy S. MacLeod $38,189.68 in attorneys' fees and costs against Plaintiffs Trinity Christian Center of Santa Ana, Inc. and International Christian Broadcasting, Inc., on January 21, 2014 (Dkt. 51).  Based on the foregoing, the Court issues final judgment as follows:

IT IS ORDERED AND ADJUDGED that all claims asserted by Plaintiffs Trinity Christian Center of Santa Ana, Inc. and International Christian Broadcasting, Inc. (erroneously identified in the caption as "International Broadcasting, Inc.") against Tymothy S. MacLeod are dismissed with prejudice, and Tymothy S. MacLeod is dismissed with prejudice from the action;

IT IS FURTHER ORDERED AND ADJUDGED that Tymothy S. MacLeod is awarded a total of $38,189.68 for attorneys' fees and costs payable by Plaintiffs Trinity Christian Center of Santa Ana, Inc. and International Christian Broadcasting, Inc., jointly and severally.

DATED:   January 24, 2014

_David O. Carter_
_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE



[PROPOSED] FINAL JUDGMENT DISMISSING DEFENDANT TYMOTHY S. MACLEOD WITH PREJUDICE FROM THE ACTION AND AWARDING ATTORNEYS' FEE.doc

2

SACV13-01334 DOC (RNBx)

FINAL JUDGMENT